THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND *et al.*,<br><br>Plaintiffs,<br>v.<br><br>RECLAIM COMPANY LLC, a Washington limited liability company,<br><br>Defendant. | CASE NO. C19-0976-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The plaintiff has filed a notice of voluntary dismissal (Dkt. No. 9). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this notice is self-executing, and this action is DISMISSED without prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

DATED this 26th day of September 2019

//

//

//

MINUTE ORDER
C19-0976-JCC
PAGE - 1

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk